IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

XAVIER LEVELL CALLOWAY
also known as
Rambo, et al.,

   Defendants.

CRIMINAL FILE NO.
1:12-CR-55-1-TWT

## ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 82] of the Magistrate Judge recommending denying the Defendant Williams's Motion for Severance and denying the Defendant Blackson's Motion to Dismiss and Motion for Bill of Particulars. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Williams's Motion for Severance is DENIED. The Defendant Blackson's Motion to Dismiss and Motion for Bill of Particulars are DENIED.

SO ORDERED, this 10 day of September, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge