IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

QUENTIN ACE WILLIAMS
also known as
Gizmo,

   Defendant.

CRIMINAL FILE NO.
1:12-CR-55-2-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 222] of the Magistrate Judge recommending denying the Defendant's pro se Motion to Vacate Sentence [Doc. 207]. As set forth in the Report and Recommendation, the Defendant's claim of ineffective assistance of counsel must fail. I will add that under no circumstances would I have allowed the Defendant to withdraw his guilty plea a second time. Therefore, a motion to withdraw the second guilty plea would have been futile. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's pro se Motion to Vacate Sentence [Doc. 207] is DENIED.

SO ORDERED, this 31 day of August, 2017.


				/s/Thomas W. Thrash
				THOMAS W. THRASH, JR.
				United States District Judge